UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAELA LYNN WILLIAMS,

    Plaintiff,

v.

                                      Case No. 20-cv-10383
                                      Hon. Matthew F. Leitman

CFC FINANCIAL SERVICES, INC., *et al.*,

    Defendants.

_____/

## ORDER TO APPEAR FOR MOTION HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 25)

On February 13, 2020, Plaintiff Michaela Lynn Williams filed this action against the Defendants. (*See* Compl., ECF No. 1.) Williams is represented by the Francis Mailman Soumilas, P.C. law firm and its attorneys, Geoffrey H. Baskerville and Alexis I. Lehmann. (*See* Mot., ECF No. 25.)

On November 8, 2021, the Francis Mailman Soumilas firm filed a motion to withdraw as Williams' counsel. (*See id.*) Counsel explained that despite "numerous attempts to contact [Williams], by telephone, U.S. mail and email," Williams has "failed to communicate by any means with Counsel." (*Id.* at ¶¶ 6-7, PageID.113.)

On December 1, 2021, the Court issued a Notice of Hearing setting the motion for a video hearing on January 11, 2022, at 9:30 a.m. (*See* Notice of Hearing, ECF No. 27.) The Notice of Hearing includes instructions on how to access the video

1

hearing. (*See id.*) The Court orders that Williams' current counsel, Defendants' counsel, ***and*** Williams shall all personally attend the scheduled video hearing on the motion to withdraw.

By no later than **December 10, 2021**, Williams' current counsel shall (1) serve the Notice of Hearing and this order upon Williams by both email (if possible) and First Class Mail at her last known mailing address and (2) file a proof of service on the docket confirming that it has served Williams with both documents.

If Williams does not appear for the video hearing on the motion to withdraw as directed above, the Court may dismiss her Complaint without prejudice.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 1, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764

2