UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAELA LYNN WILLIAMS,

    Plaintiff,

v.

CFC FINANCIAL SERVICES, INC., *et al.*,

    Defendants.

Case No. 20-cv-10383
Hon. Matthew F. Leitman

_____/

## ORDER TO APPEAR FOR MOTION HEARING ON PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 25)

On February 13, 2020, Plaintiff Michaela Lynn Williams filed this action against the Defendants. (*See* Compl., ECF No. 1.) Williams is represented by the Francis Mailman Soumilas, P.C. law firm and its attorneys, Geoffrey H. Baskerville and Alexis I. Lehmann. (*See* Mot., ECF No. 25.)

On November 8, 2021, the Francis Mailman Soumilas firm filed a motion to withdraw as Williams' counsel. (*See id.*) Counsel explained that despite "numerous attempts to contact [Williams], by telephone, U.S. mail and email," Williams has "failed to communicate by any means with Counsel." (*Id.* at ¶¶ 6-7, PageID.113.)

The Court initially scheduled a hearing on counsel's motion for January 11, 2022. (*See* Notice of Hearing, ECF No. 27.) On January 10, 2022, the Court issued a new Notice of Hearing that re-scheduled the motion for a video hearing on

February 3, 2022, at 1:00 p.m. (*See* Notice of Hearing, ECF No. 30.) The Notice of Hearing includes instructions on how to access the video hearing. (*See id.*) The Court orders that Williams' current counsel, Defendants' counsel, **and** Williams shall all personally attend the February 3, 2022, video hearing on the motion to withdraw.

By no later than **January 14, 2022**, Williams' current counsel shall (1) serve the Notice of Hearing (ECF No. 30) and this order upon Williams by both email (if possible) and First Class Mail at her last known mailing address and (2) file a proof of service on the docket confirming that it has served Williams with both documents.

If Williams does not appear for the video hearing on the motion to withdraw as directed above, the Court may dismiss her Complaint without prejudice.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 10, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 10, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764

2