UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAELA LYNN WILLIAMS,

     Plaintiff,                          Case No. 20-cv-10383
                                          Hon. Matthew F. Leitman

v.

CFC FINANCIAL SERVICES, INC., *et al.*,

     Defendants.

_____/

### ORDER (1) TERMINATING AS MOOT PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW (ECF No. 25); (2) DENYING DEFENDANTS' ORAL MOTION TO DISMISS FOR FAILURE TO PROSECUTE; AND (3) REFERRING THE MATTER FOR A RESCHEDULED SETTLEMENT CONFERENCE

On November 8, 2021, counsel for Plaintiff Michaela Lynn Williams filed a motion to withdraw as Williams's counsel. (*See* Mot., ECF No. 25.)  On February 3, 2022, the Court held a hearing on that motion.  At that hearing, Williams's counsel, Geoffrey H. Baskerville, and Williams explained to the Court that they have repaired their relationship and that neither wished to proceed with the motion to withdraw. Accordingly, the Court **TERMINATES AS MOOT** Williams's counsel's motion to withdraw (ECF No. 25).

1

During that same hearing, Defendants made an oral motion to dismiss for failure to prosecute.  For the reasons stated on the record at the hearing, the Court **DENIES** Defendants' motion to dismiss.

Finally, as further explained on the record, the Court **REFERS** this case to Magistrate Judge Anthony Patti to conduct a settlement conference with the parties.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated:  February 3, 2022          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126